**Robert A. CALVERT, Appellant, v. UNITED STATES of America, Appellee.**

No. 11809.

Circuit Court of Appeals, Fifth Circuit.

Oct. 28, 1947.

Hal Lindsay, of Atlanta, Ga., for appellant.

L. E. Broome, Atty., Dept. of Justice, of Washington, D. C., Theron L. Caudle, Asst. Atty. Gen., Sewall Key, Ellis N. Slack, Helen R. Carloss, and Howard Campbell,

Sp. Assts. to Atty. Gen., and J. Ellis Mundy, U. S. Atty., and Harvey H. Tysinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before SIBLEY, HOLMES, and LEE, Circuit Judges.

PER CURIAM.

No reversible error of law appearing, and the evidence justifying the verdict, the judgment appealed from is affirmed.